UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 18 2008

Clerk, U.S. District and
Bankruptcy Courts

Ernest L. Dixon, )
  )
  Plaintiff, )
  )
  v. ) Civil Action No. **08 1985**
  )
G.H.S. Realty Company, )
  )
  Defendant. )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain " (1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, who claims to reside in the District of Columbia,[1] sues a realty company in Hampton, Virginia, "for all of my earnings." He also seeks $500 trillion in punitive damages. The complaint is devoid of facts and, thus, fails to provide any notice of a claim. Accordingly, the case will be dismissed by separate Order issued contemporaneously.

_____
United States District Judge

Date: October 30, 2008

---

[1] Plaintiff lists his address as 1600 Pennsylvania Avenue, Washington, D.C. 23669. The Court judicially notices this address as that of The White House, except that the zip code is for Hampton, Virginia. See www.usps.com/zip4.